IN THE UNITED STATES DISTRICT COURT FOR THE ___Middle___

DISTRICT OF TENNESSEE

PRISONER COMPLAINT {FOR INMATE ACTION] UNDER 42 U.S.C. §1983

RECEIVED

APR 2 3 2024

U.S. District Court
Middle District of TN

___Dennis Edward Hancock___

Name under which you were convicted

___639658___

Your TDOC Number

v.

CIVIL ACTION NO._____

(To be supplied by Clerk of Court)

___Centurion Health;___
___Unknown John or Jane Does #1 to 10___

Name of Defendant(s)

___Bledsoe C. Corr Complex___

___1045 Horsehead Rd.___

___Pikeville, TN 37367___

Place of Confinement and Address

## I.   **PREVIOUS LAWSUITS**

a. Have you filed any other lawsuits in state or federal court dealing with the same or similar facts involved in this action

Yes ( ) No (✓)

b. Have you filed other lawsuits in state or federal court relating to your imprisonment

Yes ( ) No (✓)

c. If your answer to questions A or B above is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using this same outline)

1. Parties to this previous lawsuit

Plaintiffs   N/A _____

_____

Defendants _____

_____

2. Court (if federal court, name the district, if state court, name the county) _____

_____

3. Docket Number _____

4. Were you granted the opportunity to proceed without payment of filing fees?

Yes ( ) No ( )

5. Name of judge to whom the case was assigned: _____

6. If your case in no longer pending and has been dismissed, state the reason given by the Court as to why your case was dismissed, i.e. frivolous, malicious, failed to state a claim, defendants were immune, etc.

_____

_____

_____

_____

7. Approximate date of filing lawsuit _____

8. Approximate date of ruling by court _____

## II. YOUR PRESENT COMPLAINT

a. Place or institution where action complained of occurred:
   _Bledsoe Co. Correctional Complex (BCCX)_

b. Date it occurred: _May 14, 2023_

c. Is there a prisoner grievance procedure in this institution? _Yes_

d. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes ( ) No (✓)

e. If your answer is YES
   1. What steps did you take? _N/A_
   2. What was the result? _____

f. If your answer is NO, explain why not _Immediately after my heart attack I was hospitalized for over a week, and grievances must be filed within 7 days of an incident. The grievance process was not available to me while I was at the hospital, and by the time I returned to BCCX it was too late to file a grievance._

g. Your claim (briefly explain your claim: what, when, where, who, do not cite cases) Prior to my arrival at BCCX on May 12, 2023, I suffered two heart attacks. The second one was at the county jail on May 4, 2023, and I had been placed on a prescribed blood thinner (Bralinta). I arrived at BCCX with my jail medical records, which included info about my heart attack and prescribed medication, and during the BCCX intake process on May 12, 2023 I told the medical staff member who did the medical screening that I had had two heart attacks, one of which was just 8 days earlier, and I needed to receive my prescribed blood thinner medication. The medical employee at intake (Jane Doe) did not ensure I was provided with blood thinners, nor did other medical staff at BCCX (John or Jane Does #2 to 10) provide me with blood thinners. As a direct result of not receiving my prescribed blood thinner, I suffered another heart attack at BCCX on May 14, 2023 — just 2 days after my arrival. I was taken to a hospital in Crossville where I was in the ICU and then remained at the hospital for over a week. The heart attack at BCCX caused me extreme pain and stress, and according to a doctor at the hospital, it caused further damage to my heart and lowered my life expectancy. Once I returned to BCCX I began receiving my prescribed blood thinners. Medical care at BCCX is provided by Centurion, a private contractor, which has a policy and custom of failing to adequately train or monitor / supervise employees who conduct medical intakes for prisoners arriving at BCCX.

III. PARTIES

A. Plaintiff (Your name/TDOC#) Dennis Edward Hancock # 639658

Your present address BCCX, 1045 Horsehead Road, Pikeville, TN 37367

B. Defendant(s)

1. Defendant (full name) Centurion is employed as medical contractor

at Bledsoe Co. Corr. Complex (BCCX)

His/her present address is 53 Century Blvd., Ste. 150, Nashville, TN 37214

or 21251 Ridgetop Circle, Ste. 150, Sterling, VA 20166

(a)    Claim against this defendant: Failure to train intake medical staff at BCCX (custom or policy), and a custom or policy of failing to adequately supervise intake medical staff at BCCX, to ensure the provision of proper medical care.

(b)    Supporting facts (include date/location of incident)

See sec. II.g. Centurion failed to train intake medical staff to ensure I had my prescribed blood thinners, when I told them I had had a heart attack just 8 days before; and Centurion failed to monitor/supervise intake medical staff to ensure proper medical care, during my intake process at BCCX on May 12, 2023.

2. Defendant (full name) Jane Doe is employed as intake medical staff at Bledsoe Co. Corr Complex (BCCX)

His/her present address is BCCX, 1045 Horsehead Road, Pikeville, TN 37367

(c)    Claim against this defendant: Jane Doe failed to ensure that I received my prescribed blood thinners after I reported having a heart attack 8 days before, and said I needed my blood thinners. Doe was deliberately indifferent to my serious medical needs.

(d)    Supporting facts (include date/location of incident)

See Sec. II.g. Jane Doe was aware at the time of my intake at BCCX on May 12, 2023 that I had recently had a heart attack and needed my prescribed blood thinners, but did not ensure that I received my blood thinners, resulting in another heart attack 2 days later.

3. Defendant (full name) John/Jane Does #2-10 is employed as medical staff at BCCX, 1045 Horsehead Road, Pikeville, TN 37367

His/her present address is BCCX, 1045 Horsehead Rd., Pikeville, TN 37367.

(e)    Claim against this defendant: _Does #2 to 10 failed to review_

_my jail medical records and BCCX intake info, to ensure I received my prescribed blood_

_thinners. They were deliberately indifferent to my serious medical needs._

(f)    Supporting facts (include date/location of incident)

_See Sec. II.g. Following my arrival at BCCX on May 12, 2023, Does #2 to 10 did_

_not ensure I received my prescribed blood thinners despite having my jail medical records and the_

_info provided during my intake at BCCX, resulting in another heart attack 2 days later._

C. Additional Defendants: (List on additional pages)

IV.    A. You must answer the following questions:

1. State the conviction(s) for which you are currently
   incarcerated    _Schedule II drug charge_

2. When were you convicted    _March 29, 2022_

3. What is the term of your sentence?    _Three years_

4. When did you start serving this sentence?    _April 8, 2022_

5. Do you have any other convictions which form the basis of
   a future sentence?
   Yes  (  ) No  (✓)

   If so, complete the following:

(a)    Date of conviction:    _N/A_

(b)    Term of sentence:    _____

6. What is your expected end of sentence date?    _____

B. If this present lawsuit concerns your criminal conviction or
sentence, state whether your conviction has been:
        _It does not concern my conviction or sentence._

|              | Conviction | Sentence |
|---|---|---|
| Reversed | Yes ( ) No (✓) | Yes ( ) No (✓) |
| Expunged | Yes ( ) No (✓) | Yes ( ) No (✓) |
| Invalidated | Yes ( ) No (✓) | Yes ( ) No (✓) |
| Writ of Habeas Corpus Granted | Yes ( ) No (✓) | Yes ( ) No (✓) |

C. If you answered yes to any of the questions, state the Court or entity that relieved you from your correction or sentence and the date: __N/A__

V. State briefly exactly what you want the Court to do for you if you win:

Declaratory relief against all defendants that they violated my rights; compensatory damages against all defendants in their individual capacities; punitive damages against all defendants; payment of all court costs and attorney fees (if applicable).

VI. **AFFIRMATION**. By my signature below, I swear or affirm under penalty of perjury that the facts set out in this complaint are true and correct:

4-2-24
_____
Date

_Dennis Hancock_
_____
Signature of Plaintiff under Penalty of

Perjury

_Dennis Edward Hancock_

Current Mailing Address

_BCCX_

_1045 Horsehead Rd._

_Pikeville, TN 37367_

Telephone

**<u>PLAINTIFF SHALL IMMEDIATELY ADVISE THE COURT IN WRITING OF ANY CHANGE IN HIS ADDRESS E.G RELEASED, TRANSFERRED, MOVED, ETC. FAILURE TO NOTIFY THE COURT OF A NEW ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION FOR FAILURE TO PROSECTURE AND TO OBEY THE COURT'S ORDER.</u>**

I/M#639658
DeNNis HaNCock
1045 Horsehead LN
Pikeville ,TN 37367



RECEIVED

APR 23 2024

U.S. District Court
Middle District of TN

U.S. DiSTRICT CouRT
CouRT CLeRK'S OFFice
719 Church STReeT
NAShiNlle TN 27703

THE DEPARTMENT OF CORRECTIONS
BCCX HAS NEITHER INSPECTED
NOR CENSORED AND IS NOT
RESPONSIBLE FOR THE CONTENTS



Received

APR 0 3 2024

BCCX Mailroom
Outgoing